# Exhibit 1

# Assistant Attorney General Decision



U.S. Department of Justice

Criminal Division

*Washington, D.C. 20530*

## ASSISTANT ATTORNEY GENERAL DECISION

**DECISION:**

In accordance with 28 U.S.C. § 2467(b)(2), (d)(3)(B)(ii), and the Attorney General's delegation of authority to the Assistant Attorney General for the Criminal Division, Number 2820-2006, I hereby find that it is in the interest of justice to CERTIFY for partial enforcement the attached orders, issued by Examining Magistrate Judge Bie Melis of the Court of First Instance in Antwerp, Belgium (File no. 2017/018 AN21 99 93/17). These orders restrain the following real property and assets located in the United States which the United States should seek to enforce:

(1) 4433 N. Bay Road, Miami Beach, FL 33140, in the name of CAYA 4433 LLC, including any rental income.
(2) 1508 Pennsylvania Ave Unit 1B, Miami Beach, FL 33139, in the name of CAYA 1508 1B LLC, including any rental income.
(3) 4812 Pine Tree Drive, Unit 203, Miami Beach, FL 33140, in the name of CAYA 4812 LLC, including any rental income.
(4) All Accounts at Paypal in the names of Catherine Szulzinger, Yariv Supravsky, CAYA Diamonds, LLC, CAYA 4433 LLC, CAYA 1508 LLC, CAYA 1508 1B LLC, CAYA 1512 LLC,
(5) One safe deposit box at Bank of America Account ending in 5258 in the name of Catherine Szulzinger
(6) One Black Porsche 2017 MACAN registered to CAYA Diamonds, LLC, VIN WP1AA2A51HLB07056

_____    7/30/2018
**Brian A. Benczkowski**                            **Date**
**Assistant Attorney General**