# Exhibit 2

# Four Belgian Restraining Orders (In Dutch and in English translation)

COURT OF FIRST INSTANCE
ANTWERP, ANTWERP DIVISION
Bolivarplaats 20
2000 ANTWERP (Belgium)
OFFICE OF THE
EXAMINING MAGISTRATE
B MELIS
Phone : + 32 3 257 88 37
Fax : + 32 3 257 88 16
E-mail : beatrijs.melis@just.fgov.be
File : 2017 / 018
Not . N° : AN21 99 93 / 17

**COURT ORDER TO PROCEED TO A PRESERVATION SEIZURE OF MOVABLE PROPERTY BY EQUIVALENT**

The undersigned, B. Melis, examining magistrate at the court of first instance of Antwerp, Antwerp Division ;

Taken into consideration article 43 bis of the Belgian Criminal Code and article 35 bis ter and 89 of the Belgian code of criminal procedure ;

My office was charged with a judicial investigation
Against : 1. SUPRAVSKY Yariv
2. SUPRAVSKY Meir
3. SUPRAVSKY DIAMONDS BVBA
into:
A. Forgery and use of forged documents
B. Fraud
C. Formation of a gang

Whereas there are serious and concrete indications that the suspect obtained material benefits in accordance with art. 42 , 3° Crim. Code , art. 43 bis Crim. Code , art. 43 quarter Crim. Code ;

Further to several complaints against SUPRAVSKY Yariv, SUPRAVSKY Meir and SUPRAVSKY DIAMONDS BVBA for organization of insolvency, punishable as fraudulent insolvency ( art. 490 bis of the Belgian Criminal Code ) ; fraud ; abuse of trust and forgery of documents ( art. 496 , 491 , 196 Belgian Crim. Code ) ; criminal organization ( art. 324 bis Belgian Crim. Code ) ; theft ( art. 461 Belgian Crim. Code ), a judicial investigation was started at the beginning of February 2017, under the direction of B. Melis, examining magistrate at Antwerp .

JAN CHABOT
LIC BEËDIGD VERTALER
VOOR UITSLUITENDE
VERTALING

SUPRAVSKY Yariv would have received diamonds for which consignment vouchers or purchase invoices were signed as receipt ; he then would have resold these diamonds on the diamond market knowing he was not going to pay for the goods despite the fact that the aforesaid diamonds were still owned by the complainants . The total amount is USD. 5,138,567.43 .

Whereas the objects representing the material benefits from the crime cannot be found ( anymore ) between the assets of suspect .

The seizure with regard to the suspect , i.e. SUPRAVSKY Yariv , born at Hadera ( Israel ) on 12 12 1967 , SZULZINGER Catherine , born at Elsene ( Belgium ) on 12 06 1970 and SUPRAVSKY DIAMONDS BVBA is effected on the object described below amounting to the entire amount or part of the amount of the probable proceeds resulting from the crime , i.e. USD. 5,138,567.43 .

THEREFORE WE ORDER THE SEIZURE OF :
The seizure by equivalent will be effected to the amount of said amount on the balances of the different bank accounts of the suspect SUPRAVSKY Yariv , SZULZINGER Catherine and SUPRAVSKY DIAMONDS BVBA .

Done at Antwerp on 15 09 2017
The examining magistrate
B. MELIS
( illegible signature )
+ stamp

---

VOOR EENSLUIDENDE VERTALING VAN NEDERLANDS NAAR ENGELS
Chantal Jans, beëdigde vertaalster aan de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen.



**RECHTBANK VAN EERSTE AANLEG**
**ANTWERPEN, AFDELING ANTWERPEN**
Bolivarplaats 20
2000 ANTWERPEN
**KABINET ONDERZOEKSRECHTER**
**B. MELIS**
tel :00..32.3.257.88.37
fax:00..32.3.257.88.16

Dossier: 2017/018
Not.nr.: AN21.99.93/17

# BESCHIKKING TOT HET LEGGEN VAN ROEREND BEWAREND BESLAG BIJ EQUIVALENT

Wij, B. MELIS, Onderzoeksrechter in de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen;

Gelet op art 43bis Strafwetboek en art 35bis ter en 89 Wetboek van Strafvordering;

Mijn ambt werd gelast met een gerechtelijk onderzoek

Lastens: **1. Supravsky Yariv**
**2. Supravsky Meir**
**3. SUPRAVSKY DIAMONDS BVBA**

Hoofdens: A. Valsheid in geschriften met gebruik
B. Oplichting
C. Bendevorming

Gezien de ernstige en concrete aanwijzingen dat de verdachte een vermogensvoordeel heeft verkregen in de zin van
Art. 42, 3° SW
Art. 43 bis SW
Art. 43 quater SW

Naar aanleiding van verschillende klachten lastens **SUPRAVSKY Yariv**, **SUPRAVSKY Meir** en **SUPRAVSKY DIAMONDS BVBA** wegens organisatie van onvermogen, strafbaar als bedrieglijk onvermogen (art. 490 bis SWB); oplichting; misbruik van vertrouwen en valsheid in geschrifte (art. 496, 491, 196 SWB); criminele organisatie (art. 324 bis SWB); diefstal (art. 461 SWB), werd er begin februari 2017 een gerechtelijk onderzoek opgestart, onder leiding van Onderzoeksrechter B. Melis te Antwerpen.

**SUPRAVSKY Yariv** zou zich diamanten hebben laten afgeven voor dewelke er consignatiebonnen of aankoopfacturen als kwijting werden ondertekend, zou deze diamantgoederen vervolgens terug verkocht hebben op de diamantmarkt goed wetende dat hij de goederen niet ging betalen ondanks dat voormelde diamantgoederen nog eigendom waren

van de klagers. Dit alles voor een totaal van 5.138.567,43 USD.

Overwegende dat de zaken die het vermogensvoordeel uit het misdrijf vertegenwoordigen als zodanig niet of niet meer in het vermogen van de verdachte kunnen aangetroffen worden.

Het beslag inzake verdachte SUPRAVSKY Yariv geboren te Hadera (Israël) op 12/12/1967, SZULZINGER Catherine geboren te Elsene (België) op 12/06/1970 en SUPRAVSKY DIAMONDS BVBA wordt gelegd op de hierna beschreven zaak ten belope van het geheel of een gedeelte van het bedrag van de vermoedelijke opbrengst van het misdrijf, zijnde 5.138.567,43 USD.

**BEVELEN DERHALVE DE IN BESLAGNAME VAN**:

Het beslag bij equivalent wordt tot dit bedrag gelegd op de saldi van de diverse bankrekeningen van verdachte SUPRAVSKY Yariv, SZULZINGER Catherine en SUPRAVSKY DIAMONDS BVBA.

Gedaan te Antwerpen op 15-9-2017
De onderzoeksrechter

B. MELIS

RECHTBANK VAN 1e AANLEG ANTWERPEN - ONDERZOEKSRECHTER

COURT OF FIRST INSTANCE
ANTWERP, ANTWERP DIVISION
Bolivarplaats 20
2000 ANTWERP (Belgium)
OFFICE OF THE
EXAMINING MAGISTRATE
B MELIS
Phone : + 32 3 257 88 37
Fax : + 32 3 257 88 16
E-mail : beatrijs.melis@just.fgov.be
File : 2017 / 018
Not . N° : AN21 99 93 / 17

**COURT ORDER TO PROCEED TO A PRESERVATION SEIZURE OF IMMOVABLE PROPERTY**

The undersigned, B. Melis, examining magistrate at the court of first instance of Antwerp, Antwerp Division ;

Taken into consideration article 43 bis of the Belgian Criminal Code and article 35 bis of the Belgian code of criminal procedure ;

My office was charged with a judicial investigation
Against : 1. SUPRAVSKY Yariv
2. SUPRAVSKY Meir
3. SUPRAVSKY DIAMONDS BVBA

into:
A. Forgery and use of forged documents
B. Fraud
C. Formation of a gang

Further to several complaints against SUPRAVSKY Yariv, SUPRAVSKY Meir and SUPRAVSKY DIAMONDS BVBA for organization of insolvency, punishable as fraudulent insolvency ( art. 490 bis of the Belgian Criminal Code ) ; fraud ; abuse of trust and forgery of documents ( art. 496 , 491 , 196 Belgian Crim. Code ) ; criminal organization ( art. 324 bis Belgian Crim. Code ) ; theft ( art. 461 Belgian Crim. Code ), a judicial investigation was started at the beginning of February 2017, under the direction of B. Melis, examining magistrate at Antwerp .

SUPRAVSKY Yariv would have received diamonds for which consignment vouchers or purchase invoices were signed as receipt ; he then would have resold these diamonds on the diamond market knowing he was not going to pay for the goods despite the fact that the aforesaid diamonds were still owned by the complainants . The total amount is USD. 5,138,567.43 .

JANS CHANTAL
LIC BEEDIGD VERTALER
VOOR EXCLUSIEVE
VERTALING

Whereas the objects representing the material benefits from the crime cannot be found ( anymore ) between the assets of suspect .

The seizure with regard to the suspect , i.e. SUPRAVSKY Yariv , born at Hadera ( Israel ) on 12 12 1967 , SZULZINGER Catherine , born at Elsene ( Belgium ) on 12 06 1970 and SUPRAVSKY DIAMONDS BVBA is effected on the object described below amounting to the entire amount or part of the amount of the probable proceeds resulting from the crime , i.e. USD. 5,138,567.43 .

THEREFORE WE ORDER THE SEIZURE OF : The immovable property situated at 4433 N Bay Rd , Miami Beach , FL 33140
Done at Antwerp on 15 09 2017
The examining magistrate - B. MELIS
( illegible signature ) + stamp

---

VOOR EENSLUIDENDE VERTALING VAN NEDERLANDS NAAR ENGELS
Chantal Jans, beëdigde vertaalster aan de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen.

JANS CHANTAL
LIC. BEËDIGD VERTALER
VOOR EENSLUIDENDE
VERTALING

**RECHTBANK VAN EERSTE AANLEG**
**ANTWERPEN, AFDELING ANTWERPEN**
Bolivarplaats 20
2000 ANTWERPEN
**KABINET ONDERZOEKSRECHTER**
**B. MELIS**
tel :00..32.3.257.88.37
fax:00..32.3.257.88.16

Dossier: 2017/018
Not.nr.: AN21.99.93/17

# BESCHIKKING TOT HET LEGGEN VAN ONROEREND BEWAREND BESLAG

Wij, B. MELIS , Onderzoeksrechter in de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen

Gelet op art 43bis Strafwetboek en art 35bis Wetboek van Strafvordering

Mijn ambt werd gelast met een gerechtelijk onderzoek

Lastens: **1. Supravsky Yariv**
**2. Supravsky Meir**
**3. SUPRAVSKY DIAMONDS BVBA**

Hoofdens: A. Valsheid in geschriften met gebruik
B. Oplichting
C. Bendevorming

Naar aanleiding van verschillende klachten lastens **SUPRAVSKY Yariv**, **SUPRAVSKY Meir** en **SUPRAVSKY DIAMONDS BVBA** wegens organisatie van onvermogen, strafbaar als bedrieglijk onvermogen (art. 490 bis SWB); oplichting; misbruik van vertrouwen en valsheid in geschrifte (art. 496, 491, 196 SWB); criminele organisatie (art. 324 bis SWB); diefstal (art. 461 SWB), werd er begin februari 2017 een gerechtelijk onderzoek opgestart, onder leiding van Onderzoeksrechter B. Melis te Antwerpen.

**SUPRAVSKY Yariv** zou zich diamanten hebben laten afgeven voor dewelke er consignatiebonnen of aankoopfacturen als kwijting werden ondertekend, zou deze diamantgoederen vervolgens terug verkocht hebben op de diamantmarkt goed wetende dat hij de goederen niet ging betalen ondanks dat voormelde diamantgoederen nog eigendom waren van de klagers. Dit alles voor een totaal van 5.138.567,43 USD.

Overwegende dat de zaken die het vermogensvoordeel uit het misdrijf vertegenwoordigen als zodanig niet of niet meer in het vermogen van de verdachte kunnen aangetroffen worden.

Het beslag inzake verdachte SUPRAVSKY Yariv geboren te Hadera (Israël) op 12/12/1967, SZULZINGER Catherine geboren te Elsene (België) op 12/06/1970 en SUPRAVSKY DIAMONDS BVBA wordt gelegd op de hierna beschreven zaak ten belope van het geheel of een gedeelte van het bedrag van de vermoedelijke opbrengst van het misdrijf, zijnde 5.138.567,43 USD.

**BEVELEN DERHALVE DE IN BESLAGNAME VAN:**

**Het onroerend goed , gelegen te 4433 N Bay Rd, Miami Beach, FL 33140**

Gedaan te Antwerpen op 15-9-2017
De onderzoeksrechter

B. MELIS

RECHTBANK VAN 1e AANLEG ANTWERPEN - ONDERZOEKSRECHTER -

COURT OF FIRST INSTANCE
ANTWERP, ANTWERP DIVISION
Bolivarplaats 20
2000 ANTWERP (Belgium)
OFFICE OF THE
EXAMINING MAGISTRATE
B MELIS
Phone : + 32 3 257 88 37
Fax : + 32 3 257 88 16

File : 2017 / 018
Not . N° : AN21 99 93 / 17

**COURT ORDER TO PROCEED TO A PRESERVATION SEIZURE OF IMMOVABLE PROPERTY**

The undersigned, B. Melis, examining magistrate at the court of first instance of Antwerp, Antwerp Division ;

Taken into consideration article 43 bis and article 35 bis of the Belgian code of criminal procedure ;

My office was charged with a judicial investigation
Against : 1. SUPRAVSKY Yariv
2. SUPRAVSKY Meir
3. SUPRAVSKY DIAMONDS BVBA
into:
A. Forgery and use of forged documents
B. Fraud
C. Formation of a gang

Further to several complaints against SUPRAVSKY Yariv, SUPRAVSKY Meir and SUPRAVSKY DIAMONDS BVBA for organization of insolvency, punishable as fraudulent insolvency ( art. 490 bis of the Belgian Criminal Code ) ; fraud ; abuse of trust and forgery of documents ( art. 496 , 491 , 196 Belgian Crim. Code ) ; criminal organization ( art. 324 bis Belgian Crim. Code ) ; theft ( art. 461 Belgian Crim. Code ), a judicial investigation was started at the beginning of February 2017, under the direction of B. Melis, examining magistrate at Antwerp .

SUPRAVSKY Yariv would have received diamonds for which consignment vouchers or purchase invoices were signed as receipt ; he then would have resold these diamonds on the diamond market knowing he was not going to pay for the goods despite the fact that the aforesaid diamonds were still owned by the complainants . The total amount is USD. 5,138,567.43 .

Whereas the objects representing the material benefits from the crime cannot be found ( anymore ) between the assets of suspect .

It appears from the investigation that Supravsky Yariv and Szulzinger Catherine possibly put their assets and those of Supravsky Diamonds bvba in the USA in several companies under the name of CAYA .

We are thus informed that the companies
CAYA 1512 LLC
CAYA 4433 LLC
CAYA 4812 LLC
CAYA 1508 LLC
are managed by SZULZINGER Catherine with money possibly coming from SUPRAVSKY Yariv or SUPRAVSKY DIAMONDS bvba.

The distinct companies would be the owners of the following immovable property which, as it appears from the investigation , are possibly paid with money coming from SUPRAVSKY Yariv and SUPRAVSKY DIAMONDS Bvba:

1) 1512 Pennsylvania Ave Unit : 1C , Miami Beach, Florida 33139-3659 , USA
2) 4433 N. Bay Rd , Miami Beach, Florida 33140, USA
3) 4812 Pine Tree Dr Unit : 203 , Miami Beach, Florida 33140-3168 , USA
4) 1508 Pennsylvania Ave Unit : 5B , Miami Beach , Florida 33139-3659 , USA
5) 1508 Pennsylvania Ave Unit : 1B , Miami Beach , Florida 33139-3659 , USA

The seizure with regard to the suspect , i.e. SUPRAVSKY Yariv , born at Hadera ( Israel ) on 12 12 1967 , SZULZINGER Catherine , born at Elsene ( Belgium ) on 12 06 1970, SUPRAVSKY DIAMONDS bvba and CAYA 1512 LLC , CAYA 4433 LLC , CAYA 4812 LLC and CAYA 1508 LLC, is effected on the objects described below amounting to the entire amount or part of the amount of the probable proceeds resulting from the crime , i.e. USD. 5,138,567.43 .

THEREFORE WE ORDER THE SEIZURE OF :
The immovable property situated at :

1) 1512 Pennsylvania Ave Unit : 1C , Miami Beach, Florida 33139-3659 , USA
2) 4433 N. Bay Rd , Miami Beach, Florida 33140, USA
3) 4812 Pine Tree Dr Unit : 203 , Miami Beach, Florida 33140-3168 , USA

4) 1508 Pennsylvania Ave Unit : 5B , Miami Beach , Florida 33139-3659 , USA
5) 1508 Pennsylvania Ave Unit : 1B , Miami Beach , Florida 33139-3659 , USA

Done at Antwerp on 12 02 2018
The examining magistrate - B. MELIS
( illegible signature ) + stamp

---

VOOR EENSLUIDENDE VERTALING VAN NEDERLANDS NAAR ENGELS
Chantal Jans, beëdigde vertaalster aan de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen.

**RECHTBANK VAN EERSTE AANLEG**
**ANTWERPEN, AFDELING ANTWERPEN**
Bolivarplaats 20
2000 ANTWERPEN
**KABINET ONDERZOEKSRECHTER**
**B. MELIS**
tel :00..32.3.257.88.37
fax:00..32.3.257.88.16

Dossier: 2017/018
Not.nr.: AN21.99.93/17

# BESCHIKKING TOT HET LEGGEN VAN ONROEREND BEWAREND BESLAG

Wij, B. MELIS , Onderzoeksrechter in de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen

Gelet op art 43bis Strafwetboek en art 35bis Wetboek van Strafvordering

Mijn ambt werd gelast met een gerechtelijk onderzoek

Lastens: **1. Supravsky Yariv**
**2. Supravsky Meir**
**3. SUPRAVSKY DIAMONDS BVBA**

Hoofdens: A. Valsheid in geschriften met gebruik
B. Oplichting
C. Bendevorming

Naar aanleiding van verschillende klachten lastens **SUPRAVSKY Yariv**, **SUPRAVSKY Meir** en **SUPRAVSKY DIAMONDS BVBA** wegens organisatie van onvermogen, strafbaar als bedrieglijk onvermogen (art. 490 bis SWB); oplichting; misbruik van vertrouwen en valsheid in geschrifte (art. 496, 491, 196 SWB); criminele organisatie (art. 324 bis SWB); diefstal (art. 461 SWB), werd er begin februari 2017 een gerechtelijk onderzoek opgestart, onder leiding van Onderzoeksrechter B. Melis te Antwerpen.

**SUPRAVSKY Yariv** zou zich diamanten hebben laten afgeven voor dewelke er consignatiebonnen of aankoopfacturen als kwijting werden ondertekend, zou deze diamantgoederen vervolgens terug verkocht hebben op de diamantmarkt goed wetende dat hij de goederen niet ging betalen ondanks dat voormelde diamantgoederen nog eigendom waren van de klagers. Dit alles voor een totaal van 5.138.567,43 USD.

Overwegende dat de zaken die het vermogensvoordeel uit het misdrijf vertegenwoordigen als zodanig niet of niet meer in het vermogen van de verdachte kunnen aangetroffen worden.

Uit het onderzoek blijkt dat SUPRAVSKY Yariv en SZULZINGER Catherine mogelijk hun vermogen en dat van SUPRAVSKY DIAMONDS Bvba hebben ondergebracht in de USA in verschillende vennootschappen onder de naam CAYA.

Zo worden wij in kennis gesteld dat de vennootschappen
CAYA 1512 LLC
CAYA 4433 LLC
CAYA 4812 LLC
CAYA 1508 LLC
worden beheerd door SZULZINGER Catherine met gelden die mogelijk afkomstig zouden zijn van SUPRAVSKY Yariv of SUPRAVSKY DIAMONDS Bvba.

De verschillende vennootschappen zouden eigenaar zijn van volgende onroerende goederen die, zoals uit onderzoek blijkt, mogelijk worden betaald met gelden afkomstig van SUPRAVSKY Yariv en SUPRAVSKY DIAMONDS Bvba:

1) 1512 Pennsylvania Ave Unit: 1C, Miami Beach, Florida 33139-3659, USA
2) 4433 N. Bay Rd, Miami Beach, Florida 33140, USA
3) 4812 Pine Tree Dr Unit: 203, Miami Beach, Florida 33140-3168, USA
4) 1508 Pennsylvania Ave Unit: 5B, Miami Beach, Florida 33139-3659, USA
5) 1508 Pennsylvania Ave Unit: 1B, Miami Beach, Florida 33139-3659, USA

Het beslag inzake verdachte SUPRAVSKY Yariv geboren te Hadera (Israël) op 12/12/1967, SZULZINGER Catherine geboren te Elsene (België) op 12/06/1970, SUPRAVSKY DIAMONDS Bvba en CAYA 1512 LLC, CAYA 4433 LLC, CAYA 4812 LLC en CAYA 1508 LLC
wordt gelegd op de hierna beschreven zaken ten belope van het geheel of een gedeelte van het bedrag van de vermoedelijke opbrengst van het misdrijf, zijnde 5.138.567,43 USD.

**BEVELEN DERHALVE DE IN BESLAGNAME VAN:**

**De onroerende goederen , gelegen te**

1) **1512 Pennsylvania Ave Unit: 1C, Miami Beach, Florida 33139-3659, USA**
2) **4433 N. Bay Rd, Miami Beach, Florida 33140, USA**
3) **4812 Pine Tree Dr Unit: 203, Miami Beach, Florida 33140-3168, USA**
4) **1508 Pennsylvania Ave Unit: 5B, Miami Beach, Florida 33139-3659, USA**
5) **1508 Pennsylvania Ave Unit: 1B, Miami Beach, Florida 33139-3659, USA**

Gedaan te Antwerpen op 12-02-2018

De onderzoeksrechter

B. MELIS



COURT OF FIRST INSTANCE
ANTWERP, ANTWERP DIVISION
Bolivarplaats 20
2000 ANTWERP (Belgium)
OFFICE OF THE
EXAMINING MAGISTRATE
B MELIS
Phone : + 32 3 257 88 37
Fax : + 32 3 257 88 16

File : 2017 / 018
Not . N° : AN21 99 93 / 17

**COURT ORDER TO PROCEED TO A PRESERVATION SEIZURE OF MOVABLE PROPERTY BY EQUIVALENT**

The undersigned, B. Melis, examining magistrate at the court of first instance of Antwerp, Antwerp Division ;

Taken into consideration article 43 bis of the Belgian Criminal Code and article 35 bis ter and 89 of the Belgian code of criminal procedure ;

My office was charged with a judicial investigation
Against : 1. SUPRAVSKY Yariv
2. SUPRAVSKY Meir
3. SUPRAVSKY DIAMONDS BVBA
into:
A. Forgery and use of forged documents
B. Fraud
C. Formation of a gang

Whereas there are serious and concrete indications that the suspect obtained material benefits in accordance with
art. 42 , 3° Crim. Code ,
art. 43 bis Crim. Code ,
art. 43 quarter Crim. Code ;

Further to several complaints against SUPRAVSKY Yariv, SUPRAVSKY Meir and SUPRAVSKY DIAMONDS BVBA for organization of insolvency, punishable as fraudulent insolvency ( art. 490 bis of the Belgian Criminal Code ) ; fraud ; abuse of trust and forgery of documents ( art. 496 , 491 , 196 Belgian Crim. Code ) ; criminal organization ( art. 324 bis Belgian Crim. Code ) ; theft ( art. 461 Belgian Crim. Code ), a judicial investigation was started at the beginning of February 2017, under the direction of B. Melis, examining magistrate at Antwerp .

SUPRAVSKY Yariv would have received diamonds for which consignment vouchers or purchase invoices were signed as receipt ; he then would have resold these diamonds on the diamond market knowing he was not going to pay for the goods despite the fact that the aforesaid diamonds were still owned by the complainants . The total amount is USD. 5,138,567.43 .

Whereas the objects representing the material benefits from the crime cannot be found ( anymore ) between the assets of suspect .

It appears from the investigation that Supravsky Yariv and Szulzinger Catherine possibly put their assets in the USA in several companies under the name of CAYA .

We are thus informed that the companies
CAYA 1512 LLC
CAYA 4433 LLC
CAYA 4812 LLC
CAYA 1508 LLC are managed by SZULZINGER Catherine with money possibly coming from SUPRAVSKY Yariv.

The seizure with regard to the suspect , i.e. SUPRAVSKY Yariv , born at Hadera ( Israel ) on 12 12 1967 , SZULZINGER Catherine , born at Elsene ( Belgium ) on 12 06 1970 and CAYA 1512 LLC , CAYA 4433 LLC , CAYA 4812 LLC and CAYA 1508 LLC, is effected on the objects described below amounting to the entire amount or part of the amount of the probable proceeds resulting from the crime , i.e. USD. 5,138,567.43 .

THEREFORE WE ORDER THE SEIZURE OF :
The seizure by equivalent will be effected to the amount of said amount on the balances of the different bank accounts of the suspects SUPRAVSKY Yariv , SZULZINGER Catherine and CAYA 1512 LLC , CAYA 4433 LLC , CAYA 4812 LLC and CAYA 1508 LLC, as well as on any other assets of companies managed or controlled by them, including real estate, diamonds or other precious stones, income from the assets, safe deposit boxes, vehicles, or any other cash, securities, or assets located in the United States of America, to the total amount of USD. 5,138,567.43, which represents the probable proceeds of the criminal assets.

Done at Antwerp on 13 02 2018
The examining magistrate
B. MELIS
( illegible signature ) + stamp

---

VOOR EENSLUIDENDE VERTALING VAN NEDERLANDS NAAR ENGELS
Chantal Jans, beëdigde vertaalster aan de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen.

**RECHTBANK VAN EERSTE AANLEG**
**ANTWERPEN, AFDELING ANTWERPEN**
Bolivarplaats 20
2000 ANTWERPEN
**KABINET ONDERZOEKSRECHTER**
**B. MELIS**
tel :00..32.3.257.88.37
fax:00..32.3.257.88.16

Dossier: 2017/018
Not.nr.: AN21.99.93/17

# BESCHIKKING TOT HET LEGGEN VAN ROEREND BEWAREND BESLAG BIJ EQUIVALENT

Wij, B. MELIS, Onderzoeksrechter in de rechtbank van eerste aanleg Antwerpen, afdeling Antwerpen;

Gelet op art 43bis Strafwetboek en art 35bis ter en 89 Wetboek van Strafvordering;

Mijn ambt werd gelast met een gerechtelijk onderzoek

Lastens: **1. Supravsky Yariv**
**2. Supravsky Meir**
**3. SUPRAVSKY DIAMONDS BVBA**

Hoofdens: A. Valsheid in geschriften met gebruik
B. Oplichting
C. Bendevorming

Gezien de ernstige en concrete aanwijzingen dat de verdachte een vermogensvoordeel heeft verkregen in de zin van
Art. 42, 3° SW
Art. 43 bis SW
Art. 43 quater SW

Naar aanleiding van verschillende klachten lastens **SUPRAVSKY Yariv**, **SUPRAVSKY Meir** en **SUPRAVSKY DIAMONDS BVBA** wegens organisatie van onvermogen, strafbaar als bedrieglijk onvermogen (art. 490 bis SWB); oplichting; misbruik van vertrouwen en valsheid in geschrifte (art. 496, 491, 196 SWB); criminele organisatie (art. 324 bis SWB); diefstal (art. 461 SWB), werd er begin februari 2017 een gerechtelijk onderzoek opgestart, onder leiding van Onderzoeksrechter B. Melis te Antwerpen.

**SUPRAVSKY Yariv** zou zich diamanten hebben laten afgeven voor dewelke er consignatiebonnen of aankoopfacturen als kwijting werden ondertekend, zou deze diamantgoederen vervolgens terug verkocht hebben op de diamantmarkt goed wetende dat hij de goederen niet ging betalen ondanks dat voormelde diamantgoederen nog eigendom waren

van de klagers. Dit alles voor een totaal van 5.138.567,43 USD.

Overwegende dat de zaken die het vermogensvoordeel uit het misdrijf vertegenwoordigen als zodanig niet of niet meer in het vermogen van de verdachte kunnen aangetroffen worden.

Uit het onderzoek blijkt dat SUPRAVSKY Yariv en SZULZINGER Catherine mogelijk hun vermogen hebben ondergebracht in de USA in verschillende vennootschappen onder de naam CAYA.

Zo worden wij in kennis gesteld dat de vennootschappen
CAYA 1512 LLC
CAYA 4433 LLC
CAYA 4812 LLC
CAYA 1508 LLC
worden beheerd door SZULZINGER Catherine met gelden die mogelijk afkomstig zouden zijn van SUPRAVSKY Yariv.

Het beslag inzake verdachte SUPRAVSKY Yariv geboren te Hadera (Israël) op 12/12/1967, SZULZINGER Catherine geboren te Elsene (België) op 12/06/1970 en CAYA 1512 LLC, CAYA 4433 LLC, CAYA 4812 LLC en CAYA 1508 LLC wordt gelegd op de hierna beschreven zaken ten belope van het geheel of een gedeelte van het bedrag van de vermoedelijke opbrengst van het misdrijf, zijnde 5.138.567,43 USD.

**BEVELEN DERHALVE DE IN BESLAGNAME VAN**:

Het beslag bij equivalent wordt tot dit bedrag gelegd op de saldi van de diverse bankrekeningen van verdachten SUPRAVSKY Yariv, SZULZINGER Catherine en CAYA 1512 LLC, CAYA 4433 LLC, CAYA 4812 LLC en CAYA 1508 LLC,
alsook op elk ander vennootschapsvermogen beheerd of gecontroleerd door hen, inbegrepen onroerende goederen, diamanten of andere edelstenen, inkomsten uit het vermogen, kluizen, voertuigen, of andere liggende gelden, zekerheden of vermogens gelokaliseerd in de USA, ten bedrage van een totaal bedrag van 5.138.567,43 USD, hetgeen de vermoedelijke opbrengst van het criminele vermogen vertegenwoordigt.

Gedaan te Antwerpen op 13-02-2018
De onderzoeksrechter

B. MELIS

