UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.   Case No. 1:18-mc-00114 (TSC)

REAL PROPERTY 4433 N. Bay Road,
MIAMI BEACH, FL, 33140

REAL PROPERTY 1508 PENNSYLVANIA AVE
UNIT 1B, MIAMI BEACH, FL, 33139

4812 PINE TREE DRIVE, UNIT 203,
MIAMI BEACH, FL 33140

ALL ACCOUNTS AT PAYPAL IN THE NAMES
OF CATHERINE SZULZINGER, YARIV
SUPRAVSKY, CAYA DIAMONDS, LLC,
CAYA 4433 LLC, CAYA 15081B LLC,
AND CAYA 1512 LLC

ONE SAFE DEPOSIT BOX
AT BANK OF AMERICA ACCOUNT ENDING
IN 5258 IN THE NAME OF CATHERINE SZULZINGER
_____/

Owners: Catherine Szulzinger, Yariv Supravsky, beneficially through CAYA 4812 LLC

## GOVERNMENT'S NOTICE OF RELEASE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on AUGUST 24, 2018, and is now pending in the United States District Court for the District of Columbia between the parties named in the above-referenced action. On November 20, 2017, this Court registered the underlying restraint issued by the Court of First Instance in Antwerp,

Belgium, to preserve the availability for final forfeiture of the above property pursuant to the provisions of 28 U.S.C. § 2467(d)(3) and 18 U.S.C. § 983(j). Dkt. no. 7.

On the same date, the United States filed its Notice of Lis Pendens to register the restraint to preserve the property for final forfeiture for certain real property located at **4812 Pine Tree Drive, Unit 203, Miami Beach, FL, 33140**, being the same premises held by CAYA 4812 LLC, and recorded on December 20, 2016, in Miami-Dade County in Book 30358, Page 2394, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

UNIT No. 203, of Pine Tree Place, a Condominium, together with an undivided interest in the common elements, according to the Declaration of Condominium recorded in Official Records book 24159, at Page 2780 as amended from time to time, of the Public Records of Miami-Dade County, Florida.

Folio Tax ID: 02-3223-025-0080.

The borrowers defaulted on the mortgage on this property (as well as the property located at 1508 Pennsylvania Ave Unit 1B, Miami Beach, FL, 33139) and the property was auctioned on August 6, 2019, subject to the *lis pendens*. The auction sale proceeds were insufficient to pay the mortgage balance. Thus, there was no surplusage of funds for the United States to restrain. The United States therefore files its Notice of the Release of Lis

Pendens. The property located at 4433 N. Bay Road Miami Beach, FL, 33140, remains restrained.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, District of Columbia, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Ave, NW, Washington, DC 20001.

Respectfully Submitted,

DEBORAH L. CONNNOR,
CHIEF
Money Laundering and
Asset Recovery Section

By:

_____/s/_____
Allison Ickovic
Trial Attorney
U.S. Department of Justice
Criminal Division
Money Laundering and Asset
Recovery Section
1400 New York Avenue NW,
10100
Washington, DC 20530
(202) 305-4234 – telephone
E-mail: allison.ickovic@usdoj.gov