UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                         Case No. 1:18-mc-00114 (TSC)

REAL PROPERTY 4433 N. Bay Road,
MIAMI BEACH, FL, 33140

REAL PROPERTY 1508 PENNSYLVANIA AVE
UNIT 1B, MIAMI BEACH, FL, 33139

4812 PINE TREE DRIVE, UNIT 203,
MIAMI BEACH, FL 33140

ALL ACCOUNTS AT PAYPAL IN THE NAMES
OF CATHERINE SZULZINGER, YARIV
SUPRAVSKY, CAYA DIAMONDS, LLC,
CAYA 4433 LLC, CAYA 15081B LLC,
AND CAYA 1512 LLC

ONE SAFE DEPOSIT BOX
AT BANK OF AMERICA ACCOUNT ENDING
IN 5258 IN THE NAME OF CATHERINE SZULZINGER
                                                                    /

Owners: Catherine Szulzinger, Yariv Supravsky, beneficially through CAYA 4433 LLC

**GOVERNMENT'S NOTICE OF RENEWAL OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that on November 20, 2018, an order was entered by the United States District Court for the District of Columbia in the above-referenced action by Judge Tanya S. Chutkan affecting title to the premises and parcels of the real property, with all appurtenances thereto, that are more particularly known and identified as: **4433 N. Bay Road, Miami**

**Beach, FL, 33140**, being the same premises held by CAYA 4433 LLC, and recorded on September 9, 2016, in Miami-Dade County in Book 30224, Page 78, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 7, Block 5, of PLAT OF NAUTILUS SUBDIVISION, according to the Map or Play thereof, as recorded in Plat Book 8, page 95, of the Public Records of Miami-Dade County, Florida.

Folio Tax ID: 02-3222-011-1080.

The above-referenced action is still pending in the United States District Court for the District of Columbia. The United States seeks to register the underlying restraint issued by the Court of First Instance in Antwerp, Belgium, to preserve the availability for final forfeiture of the above property pursuant to the provisions of 28 U.S.C. § 2467(d)(3) and 18 U.S.C. § 983(j). Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, District of Columbia, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Ave, NW, Washington, DC 20001.

        Respectfully Submitted,

        DEBORAH L. CONNNOR,
        CHIEF
        Money Laundering and
        Asset Recovery Section

By:

        /s/
Allison Ickovic
Trial Attorney
U.S. Department of Justice
Criminal Division
Money Laundering and Asset Recovery Section
1400 New York Avenue NW, 10100
Washington, DC 20530
(202) 305-4234 – telephone
E-mail: allison.ickovic@usdoj.gov